UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

SAMCO GLOBAL ARMS, INC.,
a Florida corporation

    Plaintiff,

vs.

THE REPUBLIC OF HONDURAS,
a foreign sovereign nation,
the PROCURADURIA GENERAL DE
LA REPUBLICA, an agency or instrumentality
of the REPUBLIC OF HONDURAS and
ROSA AMERICA MIRANDA DE GALO, in her
Official capacity as PROCURADOR GENERAL
OF THE REPUBLIC OF HONDURAS,
a foreign sovereign State.

    Defendants.
_____/

FILED by _____ D.C.

JAN 21 2010

STEVEN M. LARIMORE
CLERK U.S. DIST CT
S. D. of FLA. – MIAMI

## DEFENDANTS' NOTICE OF REMOVAL OF ACTION

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA:

Defendants The Republic of Honduras, *Procuraduría General de la República de Honduras*, and Rosa America Miranda de Galo ("Defendants"), in her official capacity as *Procurador General of the Republic of Honduras*, by and through undersigned counsel, hereby give notice of removal of an action pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, styled *Samco Global Arms, Inc. v. The Republic of Honduras*, Case No. 09-76565 CA 24, to the United States District Court for the Southern District of Florida, Miami Division, being the district and division within which that action is presently pending. As grounds for removal, Defendants state as follows:

1. This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441(a), 1441(d) and 1446(a).

2. Pursuant to 28 U.S.C. § 1446(a), attached to the certification filed contemporaneously with this Notice of Removal are copies of Plaintiff's Complaint and all state court process, pleadings, and orders served upon Defendant in the state court civil action.

3. In accordance with 28 U.S.C. § 1441(d), this Notice of Removal is filed contemporaneously with a motion for extension to file the Notice of Removal for cause shown because Plaintiff has sued a foreign state and its instrumentalities as defined under 28 U.S.C. § 1603(a).

4. This Court has original, federal question jurisdiction over Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(d), in that Plaintiff purports to state claims for breach of contract and declaratory judgment against a foreign state and its instrumentalities as defined under 28 U.S.C. § 1603(a).

5. Copies of this Notice of Removal and a separate State Court Notice of Removal have been filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit and served on Plaintiff's counsel.

6. This Notice of Removal is signed by undersigned counsel pursuant to Fed. R. Civ. P. 11.

**WHEREFORE**, Defendants give notice that the above-styled case now pending in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida is removed therefrom to this Court.

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200

Dated: January 21, 2010
       Miami, Florida

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Attorneys for Defendants*

By: _____
  OWEN S. FREED
  Florida Bar No. 0026515
  E-mail: ofreed@stearnsweaver.com
  BRADFORD V. SWING
  Florida Bar No. 0221651
  E-mail: bswing@stearnsweaver.com
  ALAN H. FEIN
  Florida Bar No. 0288349
  E-mail: afein@stearnsweaver.com
  CARLOS J. CANINO
  Florida Bar No. 507172
  E-mail: ccanino@stearnsweaver.com

3

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.
Museum Tower ▪ 150 West Flagler Street ▪ Miami, FL 33130 ▪ 305-789-3200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **NOTICE OF REMOVAL** has been served via U.S. Mail upon:

>Thomas E. Scott (FBN: 149100)
>Steven R. Safra (FBN: 057028
>COLE, SCOTT & KISSANE, P.A.
>Dadeland Centre II, 14th Floor
>9150 South Dadeland Boulevard
>Miami, Florida 33156
>Attorneys for SAMCO

and filed with:

>Clerk of Court
>Circuit Court, 11th Judicial Circuit
>73 West Flagler Street
>Miami, FL 33130

this 21st day of January, 2010.

_____
CARLOS J. CANINO

#157845 v1

4